ACCEPTED
15-25-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/24/2025 5:20 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/24/2025 5:20:16 PM
CHRISTOPHER A. PRINE
Clerk

**Ron Beal**
**Professor Emeritus & Attorney at Law**
**2530 Wooddale Circle**
**Waco, TX 76710**
**(254) 366-4198**
**ron_beal@baylor.edu**

15th Court of Appeals                                       September 24, 2025
P.O. Box 12852
Austin, Texas 78711

Re: Paxton v. Garza
    Case No. 15-25-00116-CV
    Amicus Letter Brief

Dear Honorable Justices of the 15th Court of Appeals:

I am receiving absolutely no compensation for the preparation, writing, and filing of this amicus brief and merely do so to protect the integrity and legitimacy of the rulemaking process.

The Attorney General and Solicitor General, demonstrating pure "legal" desperation, argued exactly what I anticipated. By looking solely at the words of the relevant provision in isolation, they found the words "direct" and "shall" to be conclusive evidence of legislative intent to confer the Attorney General rulemaking power. They simply desire this Court to "play" legislature and determine if the real legislature intended to reduce their exclusive constitutional power to make law and allow the Attorney General to do it for them.

However, what they did not mention was the need for legal consequences if the DAs and County Attorneys do not comply. Oh, they are in the rules! Why? The only reason they are in the rules is the Legislature did not provide them for they were not delegating rulemaking power! **I researched 25 delegation statutes and all of them expressly set forth the legal consequences, and not one delegated that power to the agency.** It has never been the practice of the Legislature to allow Executive Officers to determine penalties of other officers or regulated citizens. How far will this Court go with the Attorney General and exercise the Legislature's exclusive power to help him out?

Finally, it is truly absurd for the Attorney General and Solicitor General to assert that long ago when this provision was adopted, the Legislature did not know what the word "rule" was and how to use it in a statute. These words were not created by the APA. The Legislature simply codified the same words they had always used, and they clearly understood what it meant. Furthermore, it is also ludicrous to assert that when the other provisions were added later on, and used the term rule or rulemaking, if the Legislature had desired to also give this power to adopt rules to the Attorney General, they would have amended the statute. They did not.

The Attorney General desperately wants to go after some prosecutors, but at the present time, he can only have the rulemaking power to do so if this Court violates separation of powers on his behalf. As the Chief Justice mentioned, if this is a bona fide desire on the part of the Attorney General, let him go to the Legislature to convince them and they, if willing, can adopt a reasonable set of standards and legal consequences. It is not up to this Court to decide if that is a good idea nor how to write it in particular.

As this Court fully knows and understands, this Court wholly lacks the power to make law, and a seemingly desperate Attorney General is requesting that you do exactly that. Please do not do so in order to maintain the integrity of our governmental system.

Sincerely,
/s/ Ron Beal
Ron Beal
Attorney at Law
Bar no.24005041
2530 Wooddale Circle
Waco, TX 76710
254-366-4198
ron_beal@baylor.edu

**CERTIFICATE OF COMPLIANCE**

I certify that this document was produced on a computer using Microsoft Word and contains words 872, as determined by the computer's software's word count function, excluding the sections of the document listed in Texas Rules of Appellate Procedure 9.4(i)(1).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on September 24, 2025, by e-file and/or electronic mail in accordance with the Texas Rules of Civil Procedure to the following:

/s/ Leslie W. Dippel Leslie W. Dippel State Bar No. 00796472 Leslie.Dippel@traviscountytx.gov Todd A. Clark State Bar No. 04298850 Todd.Clark@traviscountytx.gov Cynthia W. Veidt State Bar No. 24028092 Cynthia.Veidt@traviscountytx.gov Travis County Attorneys DELIA GARZA TRAVIS COUNTY ATTORNEY P.O. Box 1748 Austin, TX 78767 Tel.: (512) 854-9513 Fax: (512) 854-4808 Counsel for Appellees Delia Garza, in her Official Capacity as Travis County Attorney, José P. Garza, in his Official Capacity as Travis County District Attorney, and Travis County /s/Justin C. Pfeiffer Justin C. Pfeiffer State Bar No. 24091473 jpfeiffer@gavrilovlaw.com Gavrilov & Brooks, PC P.O. Box 56632 Houston, TX 77256 Tel.: (832) 312-7900 Attorney for Appellee Brian M. Middleton, in his Official Capacity as Fort Bend County District Attorney (268th Judicial District) /s/ Bradley W. Snead Jonathan G.C. Fombonne Deputy County Attorney & First Assistant State Bar No. 24102702 Jonathan.Fombonne@harriscountytx.gov Tiffany S. Bingham Managing Counsel Affirmative & Special Litigation Division State Bar No. 24012287 Tiffany.Bingham@harriscountytx.gov Christopher Garza Deputy Division Director Affirmative & Special Litigation Division State Bar No. 24078543 Christopher.Garza@harriscountytx.gov Office of the Harris County Attorney CHRISTIAN D.MENEFEE HARRIS COUNTY ATTORNEY 1019 Congress Plaza, 15th Floor Houston, TX 77002 Tel.: (713) 274-5101 Fax: (713) 755-8924

Counsel for Appellees El Paso County District Attorney James Montoya, El Paso County Attorney Christina Sanchez, and El Paso County /s/Michael Satin Alexandria Oberman State Bar No. 24131555 aoberman@milchev.com Michael J. Statin (pro hac vice application forthcoming) msatin@milchev.com Laura G. Ferguson (pro hac vice application forthcoming) lferguson@milchev.com MILLER &CHEVALIER CHARTERED 900 16th Street, NW Washington, DC 20006 Tel.: (202) 626-5800 Fax: (202) 626-5801 Counsel for Appellees Criminal District Attorney John Creuzot; Dallas County; Criminal District Attorney Joe Gonzales; and Bexar County /s/Randy T. Leavitt C. Robert Heath State Bar No. 09347500 bheath@bickerstaff.com BICKERSTAFF HEATH DELGADO ACOSTA 1601 S. Mopac Expy., Suite 400 Austin, TX 78746 Tel.: (512) 404-7821 R

Randy T. Leavitt State Bar No. 12098300 randy@randyleavitt.com LAW OFFICE OF RANDY T. LEAVITT 1301 Rio Grande St. Austin, TX 78701 Tel.: (512) 476-4475 Attorneys for Appellee Shawn M. Dick in his Official Capacity as Williamson County District Attorney (26th Judicial District)

William H. Farrell Assistant Attorney General Biff.farrell@oag.texas.gov General Litigation Division Office of the Attorney General P.O. Box 12548, Capitol Station Austin, TX 78711 Counsel for Appellants

/s/ Ron Beal

Ron Beal

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 106047613
Filing Code Description: Letter
Filing Description: Letter
Status as of 9/25/2025 7:04 AM CST

Associated Case Party: Harris County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Tiffany Bingham | 24012287 | tbingham@35711.com | 9/24/2025 5:20:16 PM | SENT |
| Bradely W.Snead | | snead@wrightclosebarger.com | 9/24/2025 5:20:16 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Andrea Mintzer | | andrea.mintzer@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: JoseP.Garza

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Christina Sanchez | 24062984 | christina.sanchez@epcounty.com | 9/24/2025 5:20:16 PM | SENT |
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Maria Williamson | | maria.williamson@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| Leslie  W. Dippel | | Leslie.Dippel@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 106047613
Filing Code Description: Letter
Filing Description: Letter
Status as of 9/25/2025 7:04 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Leslie W. Dippel | | Leslie.Dippel@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Todd A. Clark | | Todd.Clark@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Jonathan G.C. Fombonne | | Jonathan.Fombonne@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Tiffany S. Bingham | | Tiffany.Bingham@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Justin C. Pfeiffer | | jpfeiffer@gavrilovlaw.com | 9/24/2025 5:20:16 PM | SENT |
| Christina Sanchez | | Ch.sanchez@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Bernardo Rafael Cruz | | b.cruz@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| C. RobertHeath | | bheath@bickerstaff.com | 9/24/2025 5:20:16 PM | SENT |
| Joshua Woods | | woods@wrightclosebarger.com | 9/24/2025 5:20:16 PM | SENT |
| Bradley W.Snead | | snead@wrightclosebarger.com | 9/24/2025 5:20:16 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 9/24/2025 5:20:16 PM | SENT |
| Cynthia W.Veidt | | cynthia.veidt@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| William H. Farrell | | bill.farrell@oag.texas.gov | 9/24/2025 5:20:16 PM | ERROR |
| Cynthia W. Veidt | | Cyntia.Vedt@traviscountytx.gov | 9/24/2025 5:20:16 PM | ERROR |
| Randy T. Leavitt | | randy@randyleavitt.com | 9/24/2025 5:20:16 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Michael J. Statin | | mstatin@milchev.com | 9/24/2025 5:20:16 PM | ERROR |
| Laura G. Ferguson | | lferguson@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Amy Pollock | | amy.pollock@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 106047613
Filing Code Description: Letter
Filing Description: Letter
Status as of 9/25/2025 7:04 AM CST

Associated Case Party: Ken Paxton, in his Official Capacity as Attorney General of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William FCole | | William.Cole@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| William H. Farrell H.Farrell | | bill.farrell@oag.texas.gov | 9/24/2025 5:20:16 PM | ERROR |
| Eric Abels | | Eric.Abels@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |
| Jacob Beach | | Jacob.Beach@oag.texas.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: Dallas County Criminal District Attorney John Cruezot

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alexandria Oberman | | aoberman@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Katharine Tafuri | | ktafuri@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Alexandria Oberman Oberman | | aoberman@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Michael J.Satin | | msatin@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Laura G.Ferguson | | lferguson@milchev.com | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: Delia Garza

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leslie W.Dippel | | leslie.dippel@traviscountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: El Paso County District Attorney James Montoya

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 106047613
Filing Code Description: Letter
Filing Description: Letter
Status as of 9/25/2025 7:04 AM CST

Associated Case Party: El Paso County District Attorney James Montoya

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melissa Contreras | | m.contreras@epountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Isela Baeza | | i.baeza@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Isela Jones | | carl.jones@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Pamela Lopez | | Pam.Lopez@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: El Paso County Attorney Christina Sancez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: El Paso County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Bernardo Cruz | | b.cruz@epcountytx.gov | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: Bexar County Criminal District Attorney Joe Gonzales

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael J. Satin | | msatin@milchev.com | 9/24/2025 5:20:16 PM | SENT |
| Alexandria Oberman | | aoberman@milchev.com | 9/24/2025 5:20:16 PM | SENT |

Associated Case Party: Dallas County

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 106047613
Filing Code Description: Letter
Filing Description: Letter
Status as of 9/25/2025 7:04 AM CST

Associated Case Party: Dallas County

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alexandria Oberman | | aoberman@milchev.com | 9/24/2025 5:20:16 PM | SENT |